DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DONELE BOWENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D23-2483

_____

April 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.